# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

jbarton@faillacelaw.com

**MEMO ENDORSED**

February 19, 2020

**BY ECF**  
Hon. Valerie E. Caproni  
United States District Judge  
Thurgood Marshall  
United States District Court  
40 Foley Square  
New York, NY 10007

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 2/19/2020

Re: *Aucacama v. CP Prince St LLC (d/b/a Coco Pazzo), et al.*;  
Case No. 19-cv-4245

Your Honor:

I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiff in the above-referenced matter. I write to respectfully request the status conference scheduled for February 28, 2020 be adjourned by thirty days.[1] This is the first request of its kind and is submitted on consent.

The parties have finalized their settlement agreement, but anticipate needing more time to get it fully executed. The parties also need more time to finalize their fairness motion. As such, the parties respectfully request that both the deadline to submit their agreement to the Court, and the upcoming status conference, be adjourned by thirty days.

Application GRANTED. The proposed settlement agreement and fairness motion are due no later than **March 17, 2020**. If none is submitted, then the Court will hold a hearing on **March 20, 2020, at 10:00 a.m.**

SO ORDERED.

*[signature]*  
2/20/2020

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

/s/Jesse Barton  
Jesse Barton  
Michael Faillace & Associates, P.C.  
*Attorneys for Plaintiff*

---

[1] The parties also request that the deadline to submit their agreement to the Court of February 24, 2020 be extended by thirty days.