**HELBRAUN | LEVEY**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2020

**MEMO ENDORSED**

March 17, 2020

**BY ECF**
Hon. Valerie E. Caproni
United States District Judge Thurgood Marshall United States District Court
40 Foley Square
New York, NY 10007

      Re: Aucacama v. CP Prince St LLC (d/b/a Coco Pazzo), et al.
           Case No. 19-cv-4245

Your Honor:

This office represents the defendants in the above-referenced matter. I write to respectfully request a thirty-day extension of the time to file a proposed settlement agreement and fairness motion and to adjourn the March 20, 2020 conference by thirty days. This is the second request of its kind and is again submitted on consent.

As the Court is well aware, the COVID-19 outbreak has affected the City of New York in unprecedented ways. Some of those hit the worst are members of the hospitality industry, which includes the defendants. The City of New York's extraordinary decision to temporarily close bars and restaurants has created an unexpected emergency that affects the current terms of settlement in this matter.

Please note that the parties remain amenable to settlement. However, an additional extension of time is necessary to assess the effect of this unprecedented crisis and revise the terms of settlement accordingly. Therefore, the parties respectfully request that both the deadline to submit a settlement agreement to the Court, and the upcoming status conference, be adjourned by thirty days to determine the impact of the COVID-19 outbreak on settlement in this matter.

Thank you for your consideration.

                                              Regards,

                                              *Joseph Diego Taylor /s/*
                                              Joseph D. Taylor, Esq.

Application GRANTED.

SO ORDERED.

*[signature]*
3/17/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE